# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ACOSTA,<br><br>          Plaintiff,<br><br>   v.<br><br>ADVANCED MANAGEMENT GROUP, *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-01168-APG-GWF<br><br>**ORDER DISMISSING CASE** |

      Magistrate Judge Foley granted plaintiff Juan Acosta leave to file an application to proceed in forma pauperis or pay the filing fee on or before February 24, 2017. ECF No. 2. Acosta did not pay the filing fee or submit an application to proceed in forma pauperis. Additionally, Judge Foley's order was returned in the mail. ECF No. 4.

      IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

      DATED this 3rd day of April, 2017.

                                                        ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE